AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jose Luna Cobarruvias | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.:   4:12-cv-3096-DCN |
| | ) | |
| Warden Leroy Cartledge | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.


■ other:. This petition is dismissed without prejudice and without requiring a response from the respondent. A certificate of appealability is denied.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The Court accepts the Report and Recommendations of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   January 7, 2013                                              *CLERK OF COURT*


                                                                     s/Debbie Stokes
                                                                     Deputy Clerk