# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jose Luna Cobarruvias<br>*Plaintiff*<br>v.<br>Warden Leroy Cartledge<br>*Defendant* | ) ) ) ) ) ) Civil Action No.: 4:12-cv-3096-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:. This petition is dismissed without prejudice and without requiring a response from the respondent. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The Court accepts the Report and Recommendations of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: January 7, 2013

*CLERK OF COURT*

s/Debbie Stokes
Deputy Clerk